FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 17 2012

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DORRINE STEWART, | Case No. C12-99-JLR |
| Plaintiff, | |
| v. | ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The final decision of the Commissioner is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

ORDER REMANDING CASE
PAGE - 1



12-CV-00099-ORD

1    (3)     The Clerk of the Court is directed to send copies of this Order to the parties and
2 to Judge Donohue.
3    DATED this 14th day of September, 2012.

                                            _____
                                            JAMES L. ROBART
                                            United States District Judge

ORDER REMANDING CASE
PAGE - 2